# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAROLD A. GUSTAFSON, | ) | 3:11-cv–00814-RCJ (WGC) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JAMES COX, et. al., | ) | |
| Defendants. | ) | |

Before the court is Plaintiff's Motion for Order Directing Defendants to Keep Plaintiff in the Jurisdiction of the Court at the Northern Nevada Correctional Center. (Doc. # 9.) Plaintiff asks that he be ordered to remain at Northern Nevada Correctional Center because it is located in Carson City, Nevada, in close proximity to the Attorney General's Office, and would facilitate efficiency in the management of this action. (*Id*.)

The Supreme Court has determined that prisoners do not have a right to stay at a particular institution. *See Meachum v. Fano*, 427 U.S. 215, 225-27 (1976). The court will not interject itself into the minutia of prison administration. Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: April 30, 2012.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE